IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANNY ANDREWS, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES L. GRACE, et. al., | : | |
| Respondents | : | No. 07-502 |

FILED
OCT 25 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

BERLE M. SCHILLER, J.

AND NOW, this 25 day of Oct, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.